PEARSON, J.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| ERIC J. WELLY, | ) | |
| | ) | CASE NO. 3:17CV600 |
| Petitioner, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| STATE OF OHIO, | ) | |
| | ) | **MEMORANDUM OF OPINION AND** |
| Respondent. | ) | **ORDER** |

*Pro se* Petitioner Eric J. Welly filed a Petition for a Writ of Habeas Corpus[1] pursuant to 28 U.S.C. § 2254 (ECF No. 1), alleging three (3) grounds for relief which challenge his conviction and sentence in the Seneca County Court of Common Pleas, Case No. 14-CR-0193. A Seneca County Grand Jury indicted Petitioner on one count of rape of a child less than ten years of age in violation of Ohio Rev. Code § 2907.02(A)(1)(b), (B). ECF No. 7-1 at PageID #: 74-75. Petitioner initially pleaded not guilty. *Id.* at PageID #: 76-77. Later, Welly, through counsel, filed a plea of not guilty and not guilty by reason of insanity. *Id.* at PageID #: 78-79. After court-ordered competency and sanity evaluations, the court found Petitioner competent to stand trial. *Id.* at PageID #: 82-83. The court proceeded with arraignment, and Petitioner restated his plea of not guilty. *Id.* at PageID #: 82.

---

[1] Petitioner sued the State of Ohio. He should have sued Alan J. Lazaroff, Warden of the Mansfield Correctional Institution, where Petitioner is currently incarcerated. Warden Lazaroff filed a return of writ in response to Petitioner's petition. ECF No. 7.

(3:17CV600)

On November 17, 2014, Petitioner changed his plea from not guilty to guilty of the lesser included offense of rape, removing reference to the victim's age. *Id.* at ECF No. 84-87. The court advised Petitioner of his rights, his potential sentence, and accepted his plea of guilty. *Id.* at PageID #: 88-90. Petitioner was sentenced to a prison term of 25 years to life. *Id.* at PageID #: 89. After unsuccessfully seeking relief in state court, Petitioner filed his habeas petition in federal court.

The case was referred to Magistrate Judge Thomas M. Parker for preparation of a report and recommendation pursuant to 28 U.S.C. § 636 and Local Rule 72.2(b)(2). On November 20, 2018, the magistrate judge issued a Report and Recommendation (ECF No. 11). In his report, the magistrate judge recommends that the Court deny the habeas petition for the following reasons: (1) Ground One is non-cognizable on habeas review, procedurally defaulted, and lacks merit; and (2) Grounds Two and Three are non-cognizable on habeas review and fail on the merits. *Id.*

Fed. R. Civ. P. 72(b)(2) provides that objections to a report and recommendation must be filed within 14 days after service. Objections to the Report were due on December 4, 2018.[2] Neither party has timely filed any such objections. The Court must assume that the parties are satisfied with the magistrate judge's recommendations. Any further review by this Court would

---

[2] Under Fed. R. Civ. P. 6(d), three days must be added to the fourteen-day time period because Petitioner was served a copy of the Report by mail. *See Thompson v. Chandler*, 36 F. App'x 783, 784 (6th Cir. 2002).

(3:17CV600)

be a duplicative and inefficient use of the Court's limited resources. *Thomas v. Arn*, 728 F.2d 813 (6th Cir. 1984), *aff'd*, 474 U.S. 140 (1985); *Howard v. Secretary of Health and Human Services*, 932 F.2d 505 (6th Cir. 1991); *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981).

Accordingly, the Report and Recommendation of the magistrate judge is hereby adopted. Eric J. Welly's Petition for a Writ of Habeas Corpus is dismissed. ECF No. 1. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith, and that there is no basis upon which to issue a certificate of appealability. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

IT IS SO ORDERED.

| December 20, 2018 | /s/ Benita Y. Pearson |
|---|---|
| Date | Benita Y. Pearson |
| | United States District Judge |